IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MAURY LEE KING, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. WDQ-10-2142 |
| YOLANDA BAYFRIEND | : | |

..oOo..

MEMORANDUM

On August 5, 2010, Maury King, filed the instant *pro se* complaint stating the facts as follows: "Yolanda's husband, I am feeling bad really body health medication sleeping because [illegible] hurt myself. Yolanda know better really Yolanda love you. How feeling myself [Illegible] rice anything be sorry [illegible] Yolanda stay with me at her know good to me lots help her accept myself." Paper No. 1. Plaintiff has neither paid the civil filing fee nor filed a motion for leave to proceed *in forma pauperis*.

A complaint that is totally implausible or frivolous may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to FED R. CIV. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999) *cert. denied*, 528 U.S. 1198 (2000); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative). Accordingly, this case is dismissed for lack of subject matter jurisdiction. A separate order follows this memorandum.

Date: August 25, 2010        /s/
                             William D. Quarles, Jr.
                             United States District Judge